THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:09-cv-00016-MR-DLH
(CRIMINAL CASE NO. 2:06-cr-00010-MR-DLH-1)

| | | |
|---|---|---|
| BRUCE LEE RICHARDSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Petitioner's "Motion Asserting a Defect in the Integrity of the § 2255 Proceeding Pursuant to Fed. R. Civ. P. 60(b)(6)" [Doc. 4].

In the present motion, Petitioner argues that the Court "misapprehended the position advanced by Richardson in his § 2255 motion." [Doc. 4 at 4]. In so arguing, Petitioner reasserts the contentions made in his initial § 2255 motion. The Court finds no reason to re-examine the rulings previously made in the Order dismissing his initial § 2255 motion. [See Doc. 3]. Accordingly, the Petitioner's Motion is denied.

Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, the Court declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000) (holding that when relief is denied on procedural grounds, a petitioner must establish both that the correctness of the dispositive procedural ruling is debatable, and that the petition states a debatably valid claim of the denial of a constitutional right).

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion Asserting a Defect in the Integrity of the § 2255 Proceeding Pursuant to Fed. R. Civ. P. 60(b)(6)" [Doc. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, the Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Signed: January 24, 2013

Martin Reidinger
United States District Judge