# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### CIVIL CASE NO. 2:09-cv-00016-MR
### [CRIMINAL CASE NO. 2:06-cr-00010-MR-DLH-1]

| | |
|---|---|
| BRUCE LEE RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Certificate of Appealability. [Doc. 12]. The Court denies the motion, as the Court has already declined to issue a certificate of appealability in this case. [See Docs. 2, 5, 11]. Petitioner has not presented any justifiable reason for the Court to reconsider that decision. Moreover, the Fourth Circuit Court of Appeals has already dismissed Petitioner's appeal of the Court's denial of the motion to vacate. [Doc. 9].

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Certificate of Appealability [Doc. 12] is **DENIED**.

**IT IS SO ORDERED.**     Signed: October 15, 2014

Martin Reidinger
United States District Judge